IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KIMBERLY STARLING,** *on behalf of herself and all others similarly situated*, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:23-cv-00246-BP |
| **COMFORT EXPERTS, INC.,** *et al.*, | § § § | |
| **Defendants.** | § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's individual claims against Defendants are **DISMISSED** with prejudice and the class claims are **DISMISSED** without prejudice as provided in the Joint Stipulation of Dismissal that the parties filed on May 13, 2025. ECF No. 29.

2. The taxable costs of court, as calculated by the clerk of court, and attorney's fees shall be borne by the party incurring them.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

It is so **ORDERED** on May 15, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE